UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NAOMI TORRES,

        Plaintiff,

v.                                               Case No. 5:11-cv-375-Oc-10TBS

DAVIS COMPANIES, LLC,

        Defendant.
_____

## ORDER

THIS MATTER is before the Court on various pending motions (Docs. 7, 8, 10, 13). On June 24, 2011, Plaintiff filed this action against Defendant, Davis Companies, LLC alleging pregnancy discrimination in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act, §760.10 et. seq. Fla. Stat., and overtime violations pursuant to the Fair Labor Standards Act. (Doc. 1).

Davis Companies, LLC failed to timely respond to the Complaint and on August 3, 2011, the Clerk entered default. (Doc. 5). Subsequently, Davis Companies, LLC filed an Answer, Motion to Set Aside Default, and Motion to Dismiss (Doc. 8),a Motion to Set Aside Default (Doc. 10), and a Motion to Withdraw Its Answer/Motion To Dismiss and Amended Motion To Dismiss. (Doc. 13). In each of these filings, Davis Companies, LLC takes the position that it was improperly named in this action and that the proper Defendant is Davis Property Management, Inc. Apparently recognizing that Davis Companies, LLC was not properly named, Plaintiff filed an Amended Complaint naming Davis Property Management, Inc. as the only Defendant. (Doc. 14).

Based on the filing of the Amended Complaint, the Clerk's Default against Davis Companies, LLC is due to be SET ASIDE and the earlier filed motions (Docs. 7, 8, 10, and 13) are DENIED as MOOT.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on September 7, 2011.

Copies to:
    All Counsel

THOMAS B. SMITH
United States Magistrate Judge